AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Holland, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-1148-TJK |
| Consol Energy, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant CNX Resources Corporation                                                                                     .

Date:     06/08/2020                                                /s/ Christopher J. Dufek
                                                                                    *Attorney's signature*

                                                                Christopher J. Dufek (D.C. Bar No. 1020954)
                                                                                    *Printed name and bar number*
                                                                                HUNTON ANDREWS KURTH LLP
                                                                                2200 Pennsylvania Ave., NW
                                                                                Washington, D.C. 20037-1701

                                                                                                *Address*

                                                                                    cdufek@huntonAK.com
                                                                                    *E-mail address*

                                                                                    (202) 955-1500
                                                                                    *Telephone number*

                                                                                    (202) 778-2201
                                                                                    *FAX number*