**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL H. HOLLAND, JOSEPH R. RESCHINI, AND CARLO TARLEY, as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K Street, N.W., Suite 350 Washington, D.C. 20037,<br><br>    Plaintiffs,<br><br>v.<br><br>CONSOL ENERGY INC. 1000 Consol Energy Drive Canonsburg, PA 15317,<br><br>and<br><br>CNX RESOURCES CORPORATION 1000 Consol Energy Drive, Suite 400 Canonsburg, PA 15317,<br><br>    Defendants. | Case No. 1:20-cv-1148-TJK |

## Certificate Required by LCvR 26.1 of the Local Rules of the <u>United States District Court for the District of Columbia</u>

  I, the undersigned, counsel of record for Defendant CNX Resources Corporation, certify that to the best of my knowledge and belief, CNX Resources Corporation is a publicly traded company that has no parent companies, subsidiaries, affiliates, or other companies which own at least 10% of its stock.

Dated: June 8, 2020          Respectfully submitted,

                  CNX RESOURCES CORPORATION

                  By  /s/ *Christopher J. Dufek*

                  Christopher J. Dufek (D.C. Bar No. 1020954)

HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Ave, NW Suite 900
Washington, DC 20037-1701
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
cdufek@HuntonAK.com

Gregory B. Robertson (*pro hac vice application to be filed)*
Michael R. Shebelskie (*pro hac vice application to be filed*)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
grobertson@HuntonAK.com
mshebelskie@HuntonAK.com

*Counsel for Defendant
CNX Resources Corporation*

## CERTIFICATE OF SERVICE

I, Christopher J. Dufek, certify that on June 8, 2020, I caused to be served a true and correct copy of the Certificate Required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia on the following parties by CM/ECF filing pursuant to Federal Rule 5(B)(2)(e).

| | |
|---|---|
| Filiberto Agusti (D.C. Bar No. 270058)<br>Joshua Taylor (D.C. Bar No. 486205)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-6428<br>Fax (202) 429-3902<br>fagusti@steptoe.com<br>jrtaylor@steptoe.com | Glenda S. Finch (D.C. Bar No. 418206)<br>General Counsel<br>UMWA HEALTH & RETIREMENT FUNDS<br>Office of the General Counsel<br>2121 K Street, N.W., Suite 350<br>Washington, D.C. 20037<br>Telephone: (202) 521-2238<br>Email: gfinch@umwafunds.org |
| John R. Mooney (DC Bar No. 375886)<br>Paul A. Green (D.C. Bar No. 383588)<br>Diana M. Bardes (D.C. Bar No. 1010075)<br>MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C.<br>1920 L Street, N.W. Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 783-0010<br>jmooney@mooneygreen.com<br>pgreen@mooneygreen.com<br>dbardes@mooneygreen.com | *Attorneys for Plaintiffs Trustees of the UMWA 1992 Benefit Plan* |

/s/ Christopher J. Dufek
Christopher J. Dufek