CO-386
10/2018

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Holland, et al. | ) | |
| | ) | |
| vs  Plaintiff | ) | Civil Action No. __1:20-cv-1148-TJK__ |
| CONSOL Energy Inc ,et al. | ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __CONSOL Energy Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CONSOL Energy Inc.__ which have any outstanding securities in the hands of the public:

CONSOL Coal Resources LP (NYSE: CCR)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Kali N. Bracey
_____
Signature

458965
_____
BAR IDENTIFICATION NO.

Kali Bracey
_____
Print Name

1099 New York Ave., N.W. - Suite 900
_____
Address

Washington   DC   20001
_____
City            State         Zip Code

(202) 639-6867
_____
Phone Number