AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| HOLLAND et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-1148 |
| CONSOL ENERGY INC. et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CONSOL ENERGY INC.

Date: 06/11/2020

Joseph J. Torres
*Attorney's signature*

Joseph J. Torres, IL Bar No. 6204664
*Printed name and bar number*
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 606054

*Address*

JTorres@jenner.com
*E-mail address*

(312) 840-8685
*Telephone number*

(312) 527-0484
*FAX number*