# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees Of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K. Street, N.W. Suite 350 Washington D.C. 20037 | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:20-cv-1148 ) |
| CONSOL ENERGY, INC. 1000 Consol Energy Drive Canonsburg, PA 15317 | ) ) ) ) |
| And | ) ) |
| CNX RESOURCES CORPORATION 1000 Consol Energy Drive, Suite 400 Canonsburg, PA  15317 | ) ) ) ) |
| Defendants. | ) |

## CONSOL ENERGY, INC.'S MOTION
## TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

For the reasons provided in the accompanying memorandum, Defendant CONSOL Energy, Inc. respectfully moves this Court to dismiss Plaintiffs' Amended Complaint in its entirety for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Dated: July 10, 2020                                Respectfully submitted,

                                        */s/ Joseph J. Torres*
                                        Joseph J. Torres (*pro hac vice*)
                                        Alexis E. Bates (*pro hac vice*)
                                        JENNER & BLOCK LLP
                                        335 North Clark Street
                                        Chicago, IL  60654-3456
                                        (312) 840-8685

1

JTorres@jenner.com
ABates@jenner.com

Kali N. Bracey (#458965)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 639-6867
KBracey@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, CONSOL Energy, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint, the accompanying Memorandum in Support of its Motion, and the appended Proposed Order will be filed with the Court and submitted to all counsel of record by operation of the Court's electronic filing system.

Dated: July 10, 2020                  Respectfully submitted,

                                             */s/ Joseph J. Torres*
                                             Joseph J. Torres (*pro hac vice)*
                                             Alexis E. Bates (*pro hac vice*)
                                             JENNER & BLOCK LLP
                                             335 North Clark Street
                                             Chicago, IL  60654-3456
                                             (312) 840-8685
                                             JTorres@jenner.com
                                             ABates@jenner.com

                                             Kali N. Bracey (#458965)
                                             JENNER & BLOCK LLP
                                             1099 New York Avenue, NW
                                             Washington, DC 20001-4412
                                             (202) 639-6867
                                             KBracey@jenner.com