# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees Of the UNIITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K. Street, N.W. Suite 350 Washington D.C. 20037<br><br>                        Plaintiffs,<br><br>              v.<br><br>CONSOL ENERGY, INC.<br>1000 Consol Energy Drive<br>Canonsburg, PA 15317<br><br>              And<br><br>CNX RESOURCES CORPORATION<br>1000 Consol Energy Drive, Suite 400<br>Canonsburg, PA  15317<br><br>                        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:20-cv-1148<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

This matter, having come before the Court upon Defendant CONSOL Energy Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint, and the Court having considered the matter, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Amended Complaint is DISMISSED in its entirety.


Dated:_____                                       _____
                                                                        JUDGE TIMOTHY J. KELLY
                                                                       United States District Judge