AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Holland et al. *Plaintiff* | ) ) |
| v. | ) Case No. 20-cv-1148 |
| CONSOL Energy Inc. et al. *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
CONSOL ENERGY SALES COMPANY LLC, CONSOL MARINE TERMINALS LLC, CONSOL OF CANADA LLC,  CONSOL OF KENTUCKY LLC, CONSOL OF PENNSYLVANIA COAL COMPANY LLC, and WOLFPEN KNOB DEVELOPMENT COMPANY LLC.

Date:   09/21/2020

/s/ Kali N. Bracey
*Attorney's signature*

Kali N. Bracey, Bar No. 458965
*Printed name and bar number*
1099 New York Avenuew, NW
Suite 900
Washington, DC 20001-4412
*Address*

KBracey@jenner.com
*E-mail address*

(202) 639-6867
*Telephone number*

(202) 662-4965
*FAX number*