# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees Of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K. Street, N.W. Suite 350 Washington D.C. 20037 | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:20-cv-1148 ) |
| CONSOL ENERGY INC., CONSOL MARINE TERMINALS LLC, CONSOL ENERGY SALES COMPANY LLC, CONSOL OF CANADA LLC, CONSOL OF KENTUCKY LLC, CONSOL OF PENNSYLVANIA COAL COMPANY LLC, and WOLFPEN KNOB DEVELOPMENT COMPANY LLC, 1000 Consol Energy Drive Canonsburg, PA 15317 | ) ) ) ) ) ) ) ) ) ) ) |
| And | ) ) |
| CNX RESOURCES CORPORATION 1000 Consol Energy Drive, Suite 400 Canonsburg, PA  15317 | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED
## MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendants CONSOL Energy Inc., CONSOL Marine Terminals LLC, CONSOL Energy

Sales Company LLC, CONSOL of Canada LLC, CONSOL of Kentucky LLC, CONSOL of

Pennsylvania Coal Company LLC, and Wolfpen Knob Development Company LLC, (collectively,

"CONSOL") respectfully request that the Court grant leave to file a Corrected Motion to Dismiss Plaintiffs' Second Amended Complaint.  In support of this motion, CONSOL states as follows:

1.      CONSOL's first Motion to Dismiss Plaintiffs' Second Amended Complaint, filed September 11, 2020 (Dkt. 39), did not clearly state that Defendants CONSOL Marine Terminals LLC, CONSOL Energy Sales Company LLC, CONSOL of Canada LLC, CONSOL of Kentucky LLC, CONSOL of Pennsylvania Coal Company LLC, and Wolfpen Knob Development Company LLC are represented by Jenner & Block LLP, and were also signatories to the Motion to Dismiss Plaintiffs' Second Amended Complaint.

2.      For the avoidance of doubt CONSOL's Amended Motion to Dismiss Plaintiffs' Second Amended Complaint expressly names these Defendants.

3.      CONSOL respectfully submits that granting this motion will not prejudice any party, as Plaintiffs' response to CONSOL'S motion to dismiss is not due to be filed until October 9, 2020.  (Dkt. 35).

4.      On September 18, 2020, CONSOL's counsel informed Plaintiffs' counsel via email of its intention to file this motion for leave to file an Amended Motion to Dismiss Plaintiffs' Second Amended Complaint, and on September 21, 2020, opposing counsel stated that Plaintiffs did not object to it.  CONSOL's amended motion and accompanying filings are submitted with this motion.

WHERFORE, CONSOL respectfully asks the Court to grant this motion.

Dated: September 21, 2020                          Respectfully submitted,


                                                     */s/ Joseph J. Torres*
                                                     Joseph J. Torres (*pro hac vice*)
                                                     Alexis E. Bates (*pro hac vice*)
                                                     JENNER & BLOCK LLP
                                                     335 North Clark Street

Chicago, IL  60654-3456
(312) 840-8685
JTorres@jenner.com
ABates@jenner.com

Kali N. Bracey (#458965)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 639-6867
KBracey@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, CONSOL Energy Inc., CONSOL Marine Terminals LLC, CONSOL Energy Sales Company LLC, CONSOL of Canada LLC, CONSOL of Kentucky LLC, CONSOL of Pennsylvania Coal Company LLC, and Wolfpen Knob Development Company LLC's Motion for Leave to File an Amended Motion to Dismiss Plaintiffs' Second Amended Complaint, the accompanying Memorandum in Support of its Amended Motion, and the appended Proposed Order will be filed with the Court and submitted to all counsel of record by operation of the Court's electronic filing system.

Dated: September 21, 2020                    Respectfully submitted,

/s/ Joseph J. Torres
Joseph J. Torres (*pro hac vice*)
Alexis E. Bates (*pro hac vice*)
JENNER & BLOCK LLP
335 North Clark Street
Chicago, IL  60654-3456
(312) 840-8685
JTorres@jenner.com
ABates@jenner.com

Kali N. Bracey (#458965)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 639-6867
KBracey@jenner.com