# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees Of the UNIITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K. Street, N.W. Suite 350 Washington D.C. 20037 | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:20-cv-1148 ) |
| CONSOL ENERGY, INC., CONSOL MARINE TERMINALS LLC, CONSOL ENERGY SALES COMPANY LLC, CONSOL OF CANADA LLC, CONSOL OF KENTUCKY LLC, CONSOL OF PENNSYLVANIA COAL COMPANY LLC, and WOLFPEN KNOB DEVELOPMENT COMPANY LLC, 1000 Consol Energy Drive Canonsburg, PA 15317 | ) ) ) ) ) ) ) ) ) ) ) |
| And | ) ) |
| CNX RESOURCES CORPORATION 1000 Consol Energy Drive, Suite 400 Canonsburg, PA  15317 | ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] ORDER

This matter, having come before the Court upon Defendants CONSOL Energy Inc., CONSOL Marine Terminals LLC, CONSOL Energy Sales Company LLC, CONSOL of Canada LLC, CONSOL of Kentucky LLC, CONSOL of Pennsylvania Coal Company LLC, and Wolfpen

Knob Development Company LLC's motion for leave to file an Amended Motion to Dismiss Plaintiffs' Second Amended Complaint, and the Court having considered the matter, it is hereby:

ORDERED that the Motion is GRANTED.

Dated: _____

                                                              JUDGE TIMOTHY J. KELLY
                                                              United States District Judge