## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees Of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K. Street, N.W. Suite 350 Washington D.C. 20037 <br><br>   Plaintiffs, <br><br>   v. <br><br> CONSOL ENERGY, INC., CONSOL MARINE TERMINALS LLC, CONSOL ENERGY SALES COMPANY LLC, CONSOL OF CANADA LLC, CONSOL OF KENTUCKY LLC, CONSOL OF PENNSYLVANIA COAL COMPANY LLC, and WOLFPEN KNOB DEVELOPMENT COMPANY LLC, 1000 Consol Energy Drive Canonsburg, PA 15317 <br><br>   And <br><br> CNX RESOURCES CORPORATION 1000 Consol Energy Drive, Suite 400 Canonsburg, PA  15317 <br><br>   Defendants. | Case No. 1:20-cv-1148 |

**DEFENDANTS CONSOL ENERGY INC; CONSOL MARINE TERMINALS LLC; CONSOL ENERGY SALES COMPANY LLC; CONSOL OF CANADA LLC; CONSOL OF KENTUCKY LLC; CONSOL OF PENNSYLVANIA COAL COMPANY LLC; AND WOLFPEN KNOB DEVELOPMENT COMPANY LLC'S AMENDED MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

For the reasons provided in the accompanying memorandum, Defendants CONSOL

Energy Inc., CONSOL Marine Terminals LLC, CONSOL Energy Sales Company LLC, CONSOL

of Canada LLC, CONSOL of Kentucky LLC, CONSOL of Pennsylvania Coal Company LLC,

1

and Wolfpen Knob Development Company LLC, respectfully move this Court to dismiss Plaintiffs' Second Amended Complaint in its entirety for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), and for the reasons described in Defendant CNX Resources Corporation's brief in support of its motion to dismiss (Dkt. 38).

Dated: September 21, 2020                             Respectfully submitted,

*/s/ Joseph J. Torres*
Joseph J. Torres (*pro hac vice)*
Alexis E. Bates (*pro hac vice*)
JENNER & BLOCK LLP
335 North Clark Street
Chicago, IL  60654-3456
(312) 840-8685
JTorres@jenner.com
ABates@jenner.com

Kali N. Bracey (#458965)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 639-6867
KBracey@jenner.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, CONSOL Energy Inc., CONSOL Marine Terminals LLC, CONSOL Energy Sales Company LLC, CONSOL of Canada LLC, CONSOL of Kentucky LLC, CONSOL of Pennsylvania Coal Company LLC, and Wolfpen Knob Development Company LLC's Amended Motion to Dismiss Plaintiffs' Second Amended Complaint, the accompanying Memorandum in Support of its Amended Motion, and the appended Proposed Order will be filed with the Court and submitted to all counsel of record by operation of the Court's electronic filing system.

Dated: September 21, 2020                    Respectfully submitted,

*/s/ Joseph J. Torres*
Joseph J. Torres (*pro hac vice*)
Alexis E. Bates (*pro hac vice*)
JENNER & BLOCK LLP
335 North Clark Street
Chicago, IL  60654-3456
(312) 840-8685
JTorres@jenner.com
ABates@jenner.com

Kali N. Bracey (#458965)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001-4412
(202) 639-6867
KBracey@jenner.com