# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees Of the UNIITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K. Street, N.W. Suite 350 Washington D.C. 20037 <br><br> Plaintiffs, <br><br> v. <br><br> CONSOL ENERGY, INC., CONSOL MARINE TERMINALS LLC, CONSOL ENERGY SALES COMPANY LLC, CONSOL OF CANADA LLC, CONSOL OF KENTUCKY LLC, CONSOL OF PENNSYLVANIA COAL COMPANY LLC, and WOLFPEN KNOB DEVELOPMENT COMPANY LLC, 1000 Consol Energy Drive Canonsburg, PA 15317 <br><br> And <br><br> CNX RESOURCES CORPORATION 1000 Consol Energy Drive, Suite 400 Canonsburg, PA  15317 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:20-cv-1148 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER

This matter, having come before the Court upon Defendant CONSOL Energy Inc., CONSOL Marine Terminals LLC, CONSOL Energy Sales Company LLC, CONSOL of Canada LLC, CONSOL of Kentucky LLC, CONSOL of Pennsylvania Coal Company LLC, and Wolfpen Knob Development Company LLC's Motion to Dismiss Plaintiffs' Second Amended Complaint, and the Court having considered the matter, it is hereby:

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the Second Amended Complaint is DISMISSED in its entirety.

Dated:_____

                                                          JUDGE TIMOTHY J. KELLY
                                                          United States District Judge