IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, JOSEPH R. RESCHINI, and CARLO TARLEY, as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K. Street, N.W., Suite 350 Washington, D.C. 20037<br><br>     Plaintiffs,<br> v.<br><br>CONSOL ENERGY INC., CONSOL MARINE TERMINALS LLC, CONSOL ENERGY SALES COMPANY LLC, CONSOL OF CANADA LLC, CONSOL OF KENTUCKY LLC, CONSOL OF PENNSYLVANIA COAL COMPANY LLC, and WOLFPEN KNOB DEVELOPMENT COMPANY LLC 1000 Consol Energy Drive Canonsburg, PA 15317<br><br>     and<br><br>CNX RESOURCES CORPORATION, 1000 Consol Energy Drive, Suite 400 Canonsburg, PA 15317<br><br>     Defendants. | Civil Action No. 20-1148 (TJK) |

**DECLARATION OF JOHN C. GOODCHILD, III**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, John C. Goodchild, III, declare:

  1. My name, office address, telephone number and email address are as follows:

 John C. Goodchild, III
 Morgan, Lewis & Bockius LLP
 1701 Market Street
 Philadelphia, PA 19103
 (215) 963-5000
 john.goodchild@morganlewis.com

1

2. I am admitted to the following courts and bars:

| Courts/Bars | Bar No. (if any) | Date Admitted |
|---|---|---|
| Commonwealth of Pennsylvania | 74856 | December 19, 1994 |
| State of New Jersey | 024031994 | December 19, 1994 |
| State of New York | 564398 | November 9, 2018 |
| Supreme Court of Pennsylvania | 74856 | December 19, 1994 |
| U.S. District Court for the District of Colorado | | June 25, 1998 |
| U.S. District Court for E.D. Pennsylvania | | June 14, 1995 |
| U.S. District Court for W.D. Pennsylvania | | August 13, 1998 |
| U.S. District Court for M.D. Pennsylvania | | June 12, 1995 |
| U.S. Court of Appeals for the D.C. Circuit | 61326 | November 15, 2018 |
| U.S. Court of Appeals for the 10th Circuit | | August 28, 1997 |
| U.S. Court of Appeals for the 11th Circuit | | February 19, 2016 |
| U.S. Court of Appeals for the 5th Circuit | | February 6, 2019 |
| U.S. Court of Appeals for the 3rd Circuit | | November 15, 1999 |
| U.S. Court of Appeals for the 6th Circuit | | October 24, 2006 |
| U.S. Supreme Court | 242148 | May 20, 2002 |

3. I certify that I have not been disciplined by, and am in good standing with, all of the states, courts, and bars in which I am admitted.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not otherwise engage in the practice of law in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

[*Remainder of page intentionally left blank*]

Date: June 15, 2021                              Respectfully submitted,

/s/ John C. Goodchild, III
John C. Goodchild, III
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
john.goodchild@morganlewis.com